UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61150-CIV-ZLOCH

EDUARDO RAMOS,

       Plaintiff,                **FINAL ORDER OF DISMISSAL**

vs.

JF VEHICLE TRANSPORTERS, INC.,
et al.,

       Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff's Notice Of Voluntary Dismissal With Prejudice (DE 10).  The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff's Notice Of Voluntary Dismissal With Prejudice (DE 10) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   11th   day of June, 2014.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:
All Counsel of Record